UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA PORTER,

           Plaintiff,           Case No. 1:13-cv-1145

v.           Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF
SOCIAL SECURITY,

           Defendant.
_____/

**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

This matter is now before the court on plaintiff's motion and corrected motion for leave to proceed *in forma pauperis* on appeal (docket nos. 18 and 20). The fee for appealing a civil action is $505.00. To proceed *in forma pauperis* on appeal, plaintiff must comply with the requirements of Fed. Rule App. Proc. Rule 24(a)(1), which requires her to file a motion for leave to proceed *in forma pauperis*; and, an affidavit showing her inability to pay the required fees (in the detail prescribed by Form 4 of the Appendix of Forms), her belief that she is entitled to redress, and a statement of the issues she intends to present on appeal.

Plaintiff's second affidavit of financial status (docket no. 20-1) indicates that she is employed and receives income and a tribal per capita payment totaling approximately $1,192.00 per month. Plaintiff states that she pays rent and utilities totaling $410.00 per month. She does not identify any other monthly living expenses (e.g., food, transportation, clothing, etc.). Plaintiff has no assets, and owes $3,000.00 in debt to creditors, including the Michigan Secretary of State. Based on this information, the Court finds that plaintiff has insufficient funds to pay the filing and docket fees required for an appeal.

Accordingly, plaintiff's motions to proceed *in forma pauperis* on appeal (docket nos. 18 and 20) are **GRANTED**.

    **IT IS SO ORDERED.**

Dated:  July 23, 2015                                         /s/ Hugh W. Brenneman, Jr.
                                                                             HUGH W. BRENNEMAN, JR.
                                                                             United States Magistrate Judge